AARON D. FORD
  Attorney General
Katlyn M. Brady (Bar No. 14176)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
katlynbrady@ag.nv.gov

*Attorneys for Defendant*
*Gilberto Filorio-Ramirez*

FILED ☑  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

JAN 21 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEREK KIRK, | Case No. 3:17-cv-00334-RCJ-CLB |
| Plaintiff, | ORDER |
| vs. | UNOPPOSED MOTION FOR AN EXTENSION OF TIME |
| NEVADA DEPARTEMENT OF CORECTIONS, et al. | (FIRST REQUEST) |
| Defendants. | |

Defendant Gilberto Filorio-Ramirez, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Katlyn M. Brady, Deputy Attorney General, request an enlargement of time of 31 days from January 17, 2020, due date up to an including February 17, 2020, in which to file their response the First Amended Complaint. ECF No. 6.

/ / /

/ / /

/ / /

1 |     This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules
2 | of Practice and is based upon the attached declaration of counsel. This is the first
3 | enlargement of time sought by Defendants to file this response, and the request is brought
4 | in good faith and not for the purpose of delay.
5 |     DATED this 17th day of January, 2020.

                      AARON D. FORD
                      Attorney General

                      By: /s/ *Katlyn M. Brady*
                          Katlyn M. Brady (Bar No.14173)
                          Deputy Attorney General

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 1/21/2020

# DECLARATION OF KATLYN M. BRADY

STATE OF NEVADA  )
                 : ss
COUNTY OF CLARK  )

I, Katlyn M. Brady, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada, and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent the Defendant in *Derek Kirk v. Nevada Department of Corrections, et al.*, case no. 3:17-cv-00334-RCJ-CLB and as such, have personal knowledge of the matters contained herein.

2. The deadline to file Defendant's response to the First Amended Complaint is January 17, 2020.

3. The First Amended Complaint names Correctional Officer Filorio as a defendant. ECF No. 6 at 2.

4. On September 4, 2019, the former Deputy Attorney General filed a limited notice of appearance for Gilberto Filorio-Ramirez. Mr. Filorio-Ramirez is a current correctional officer at Lovelock Correctional Center.

5. On January 15, 2020, at approximately 5:00 pm, I learned that Lovelock has a former correctional officer with the identical last name of Filorio-Ramirez. Based on my investigation of the issue, it appears that the correct Defendant is the former correctional officer and not Gilberto Filorio-Ramirez.

6. On January 16, 2020, I held a telephonic meeting with Derek Kirk, the Plaintiff in this matter. I explained to Mr. Kirk that it appeared Gilberto Filorio-Ramirez was not the correct Defendant as there was another employee with an identical last name. I requested Mr. Kirk agree to extend the deadline to file an answer in this matter for 31 days, while I attempted to locate the correct defendant. Mr. Kirk consented to me filing an unopposed motion for an extension of time to file an answer.

7. I am in the process of attempting to contact the former officer to inform him of the suit and determine if he will request representation.

8. Accordingly, I am requesting an enlargement of time to determine the correct defendant in this matter and obtain consent to representation.

7. For the foregoing reasons, I respectfully request an enlargement of time of 31 days, up to and including February 17, 2020, in which to file the answer to the First Amended Complaint

Executed on this 17th day of January, 2020.

/s/ Katlyn M. Brady
Katlyn M. Brady (Bar No. 14173)

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on January 17, 2020, I electronically filed the foregoing **UNOPPOSED MOTION FOR AN EXTENSION OF TIME (FIRST REQUEST),** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada to the following:

Derek Kirk #1109593
c/o NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov
*Plaintiff Pro Se*

/s/ Yolonda Laster
Yolonda Laster, an employee of the
Office of the Attorney General