UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEREK KIRK, | ) | 3:17-CV-0334-RCJ-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 30, 2020 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to withdraw his motion to extend copywork limit (ECF No. 23) is **GRANTED**. Plaintiff's motion to extend copywork limit (ECF No. 19) is hereby deemed **WITHDRAWN.**

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk