UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| DEREK KIRK, | 3:17-CV-0334-RCJ-CLB |
|---|---|
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 30, 2020 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to withdraw his motions for summons and for service (ECF No. 27) is **GRANTED**. Plaintiff's motions for summons and for service (ECF Nos. 21 & 22) are hereby deemed **WITHDRAWN.**

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk